


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   25 CR 349 |
| vs. | ) | Violation: Title 18, United States Code, |
| | ) | Section 111(a)(1) |
| JOSHUA ROWELL | ) | |

**INDICTMENT**

1:25-cr-00349
Judge Andrea R. Wood
Magistrate Judge Maria Valdez
RANDOM / Cat. 3

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about June 24, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSHUA ROWELL,

defendant herein, knowingly did forcibly assault, resist, oppose, impede, intimidate and interfere with Individual A, a judicial clerk with the United States District Court, while Individual A was engaged in the performance of Individual A's official duties, and such acts involved physical contact to Individual A;

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY